PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
06 OCT 10 PM 3:08
CLERK U.S. DIST COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Terrance Terrell Murdock**

**Docket No. 0:00CR00071-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Terrance Terrell Murdock** who was sentenced for Possession With the Intent to Distribute Cocaine on August 23, 2000, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess and shall refrain from any unlawful use of a controlled substance.

On June 6, 2006, the defendant was arrested by the Drug Enforcement Administration after he was observed making a purchase of approximately 1.50 grams of cocaine. On June 7, 2006, the defendant admitted to this officer that he, along with another individual, purchased the cocaine. Additionally, the defendant admitted that he has used cocaine monthly since the latter part of 2004.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 10th day of Oct. , 2006 , and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer
Executed on October 4, 2006
Minneapolis

SCANNED
OCT 10 2006
U.S. DISTRICT COURT MPLS